```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Lexi Negin, Bar #250376
    Assistant Federal Defender
 3  801 I Street, 3rd. Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JUAN SERAFIN-VALENCIA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-00049 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JUAN SERAFIN-VALENCIA, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on April 16, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 16, 2009, be continued until May 7, 2009. In addition, the parties stipulate that the time period from April 16, 2009, to May 7, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

1 DATED: April 13, 2009

2
                    Respectfully submitted,
3
  LAWRENCE G. BROWN                        DANIEL BRODERICK
4 Acting United States Attorney             Federal Defender

5

6  /s/ Lexi Negin for                        /s/ Lexi Negin
  MICHAEL ANDERSON                          LEXI NEGIN
7 Assistant U.S. Attorney                   Assistant Federal Defender
  Attorney for United States                Attorney for Juan Serafin-Valencia
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-00049 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING |
| | ) | AND EXCLUDING TIME PURSUANT TO THE |
| | ) | SPEEDY TRIAL ACT |
| JUAN SERAFIN-VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on April 13, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for April 16, 2009, be vacated and that the case be set for Thursday, May 7, 2009 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 13, 2009 stipulation, the time under the Speedy Trial Act is excluded from April 16, 2009, through May 7, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE